MARC A. LIEBERSTEIN (ML 7116)
JOHN L. DAUER, JR. (JD 1763)
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036
(212) 297-5800
ATTORNEYS FOR
PLAINTIFF PIXFUSION LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion LLC, :

           Plaintiff, :

v. : **RULE 7.1 STATEMENT**

OfficeMax, Incorporated and :
Toy An Advertising Agency LLC

           Defendant. :

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff PixFusion LLC (a private non-governmental party), by its attorneys, Day Pitney LLP, certifies there are no parent corporations or any publicly held corporations that own 10% or more of PixFusion's stock.

DATED: November 1, 2007

                                     Day Pitney LLP
                                     Attorneys for Plaintiff
                                     PixFusion LLC

                       By: _____
                                     Marc A. Lieberstein (ML 7116)
                                     John L. Dauer, Jr. (JD 1763)